14-80401-CIV-MIDDLEBROOKS/BRANNON

Tony C. Merritt #619290  
Charlotte Correctional Institution  
33123 Oil Well Road  
Punta Gorda, Florida 33955  
G4-105 Upper

Good Samaritan Hospital  
Medical Center  
Palm Beach Cancer Institute  
1309 N. Flagler Drive, West  
Palm Beach, Florida 33401

Dr. Daniel L. Spitz  
Good Samaritan Medical  
Cancer Center Institute  
1309 N. Flagler Drive, West  
Palm Beach, Florida 33401



Re: Notice OF Intent TO SUE  
Amended Complaint

This is An Amended Tort Claims Action to correct the deficiencies in the original Notice OF Intent TO SUE filed on October 29th, 2013.

You Are hereby notified that Tony C. Merritt #619290 files this Amended Intent Tort Claims Action for monetary damages Against Good Samaritan Hospital Medical Center And Cancer Center Institute, its employee Dr. Daniel L. Spitz under the provision chapter 766.106(2)(a), Florida Statutes for Medical Negligence.

## Statement OF Facts

This Claim Arose from ongoing Negligence which I was not made fully Aware of until I was incarcerated at Charlotte Correctional Institution in 2011 that I was taking

(1).

cat/div 362/WPB  
Case # 14-Civ-80401  
Judge OMM Mag. DLB  
Motn Ifp Implied Fee pd $  
Receipt #

psychotropic medications that was prescribed for me by Dr. Daniel L. Spitz in July 2009 when I started on chemotherapy treatment.

At no time from 2009 until 2013 when I last had any interaction or contact with Dr. Daniel L. Spitz did he mention, discuss or advise me about the psychotropic medications he prescribed for me.

When I received my Medical Records in 2013 they confirmed what the Mental Health Staff had informed me about concerning the medications I was taking, so I've decided to Amend my claims and move forward with the suit do to New discovery of Factual knowledge and evidence that was brought to my attention through the medical records and the knowledge of a Doctor who specializes in mental health psychotropic medication Dr. Calvin Micheal whom I consider an expert in the field of medications and their effects on the human mind as well as body.

I Further state that in 2009 I went to see Dr. Arlene L. Taylor or Teller for rectal bleeding, in which she referred me to Dr. Persaud Gastroenterology. A Colonoscopy was performed and I was referred to Dr. Raymond Henderson, Surgeon who informed me that I had Colon Cancer. In June of 2009 surgery was performed on me. After surgery I was referred to Dr. Daniel L. Spitz and Chemotherapy began.

I was never advised about the what the Chemo medicines side effects would cause me although Dr. Spitz did tell me it would be hard on me in the beginning.

Once Chemotherapy started I began to experience many different side effects that Dr. Spitz did not mention

(2).

such as numbness in my hands and feet and moving my mouth and grinding my teeth due to the medications. When I brought these matters to Dr. Spitz attention he prescribed me another medication "Wellbutrin" in which he at no time told me this was a psychotropic medication nor did he have me seen by a psychiatrist to explain to me the usage or side effects that Wellbutrin would cause me, nor did I sign a consent to agree to take this medication.

In September 2010 I was on many different medications that Dr. Spitz had prescribed for me such as Wellbutrin, Zoloft, Oxycodone, Zyrtec, Prilocaine, Restoril, Neurotin, EMLA Tegaderm Top, Lidocaine, Magace ES, Percocet, Gabapentin, Pesidex, Z-pak, Diflucan, Fluorouracil, Oxaliplatin, and Blistrex, which these medications brought on major side effects that I could not nor still can understand. I began to experience along with above mentioned side effects twitching of muscles, shaking with tremors, weight loss, weakness, loss of sleep, confusion and agitation in which many of these side effects Dr. Spitz did not includ in my "Interval History Records".

The treatment I received from Dr. Spitz while in his care was not adequate or professional, because if I had been aware of what the medications that was prescribed for me would cause me all the pain and grief I am now suffering I would never had taken the medications. I was under the impression that all the medications Dr. Spitz were prescribing for me was for treatment of colon cancer chemotherapy not for both chemotherapy and psychiatric treatment, because I would have never agreed to take any psychotropic medications, now I have to live the rest of my life with what the side effects

(3).

from these medications has done to my body internally as well as externally.

At the moment I am an incarcerated prisoner at Charlotte Correctional Institution and is unable to obtain an expert witness to verify my grounds of facts to this claims therefore I will have to trust that the court will have one assigned to the matter, although I've been seeking one to verify my facts and only Dr. Calvin Micheal has so far provided me with verification, but has refused to be involved in my claims

Pursuant to §92.525 Florida Statutes, and 28 U.S.C. §1746 I hereby declare under penalty of perjury that I have read the foregoing document and that the facts stated in it are true and correct.

Respectfully Submitted,

3-20-2014
Date

*[signature]*
Signature

Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda, Florida 33955

(4).

## Certificate OF Service

I Tony C. Merritt, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that I mailed a copy of the enclosed, _Notice of Intent To Sue Amended Complaint_

to: _United States District Court Southern District of Florida Clerk office 299-East Broward Boulevard Room 108 Fort Lauderdale Fla, 33301_
by placing them in an envelope, stamped and sealed, and placing the envelope in an Officer's hand at: Charlotte Correctional Institution, 33123 Oil Well Road, Punta Gorda, Florida 33955 on date _March 20, 2014_

3-20-2014
Date

_Ty Merritt_
Signature

Tony Merritt #619290 G-4-105
Charlotte Correctional Institution
33123 Oil Well Road
Punta Gorda Fla, 33955

299

United States District
Southern District of Florida
Clerk, Office
299 East Broward Boulevard
Room 108
Fort Lauderdale, Fla, 33301

